No. 17,089.

DENVER POST EMPLOYEES CREDIT UNION
v. JANET MEYER ET AL.
(261 P. [2d] 1015)

Decided September 8, 1953.   Rehearing denied October 13, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. WALTER O. CASS, Mr. CLAYTON D. KNOWLES, for plaintiff in error.

RUTH S. HUNT, for defendants in error.